# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY JOHNSON, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:22-cv-204 |
| ) | Judge Trauger |
| SEEDS OF HOPE STAFFING AGENCY, LLC, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

On April 12, 2024, the Magistrate Judge issued a Report and Recommendation (Doc No. 35), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiffs' Unopposed Motion for Default Judgment against defendants Seeds of Hope Staffing Agency, LLC and Julie Hawkins is GRANTED IN PART.

Plaintiff Timothy Johnson is awarded damages of $20,886.70 against defendants Seed of Hope Staffing Agency, LLC and Julie Hawkins, individually and jointly and severally, and damages of $20,801.20 against defendant Seeds of Hope Staffing Agency, LLC, comprised of the following:

a. Unpaid minimum wages in the amount of $5,510.00 assessed against Defendants Seeds of Hope Staffing Agency and Julie Hawkins individually and jointly and severally;

b. Liquidated damages for unpaid minimum wages in the amount of $5,510.00 assessed against Defendants Seeds of Hope Staffing Agency and Julie Hawkins individually and jointly and severally;

c. Contractual damages (or, in the alternative, damages under a theory of quantum meruit or unjust enrichment) in the amount of $20,801.20 assessed against Defendant Seeds of Hope Staffing Agency;

d.  Unpaid overtime wages in the amount of $4,933.35 assessed against Defendants Seeds of Hope Staffing Agency and Julie Hawkins individually and jointly and severally; and

e.  Liquidated damages for unpaid overtime wages in the amount of $4,933.35 assessed against Defendants Seeds of Hope Staffing Agency and Julie Hawkins individually and jointly and severally.

Plaintiff Marteshia Pitman is awarded damages of $5,220.00 against Defendants Seeds of Hope Staffing Agency and Julie Hawkins, individually and jointly and severally, and damages of $19,301.20 against Defendant Seeds of Hope Staffing Agency, comprised of the following:

a.  Unpaid minimum wages in the amount of $2,610.00 assessed against Defendants Seeds of Hope Staffing Agency and Julie Hawkins individually and jointly and severally;

b.  Liquidated damages for unpaid minimum wages in the amount of $2,610.00 assessed against Defendants Seeds of Hope Staffing Agency and Julie Hawkins individually and jointly and severally; and

c.  Contractual damages (or, in the alternative, damages under a theory of quantum meruit or unjust enrichment) in the amount of $19,301.20 assessed against Defendant Seeds of Hope Staffing Agency.

The Clerk shall enter final judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge